IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00765-RPM-MJW

DEBBIE SHORTEY,

    Plaintiff,

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Stipulation of Dismissal with Prejudice, filed July 2, 2009 [11], it is

ORDERED that the Stipulation is approved and this civil action is dismissed with prejudice, each party to pay her or its own attorney fees and costs.

DATED: July 6th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge